**UNPUBLISHED**

# UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

## No. 20-1295

ANDREW U.D. STRAW,

        Plaintiff - Appellant,

     v.

STATE OF NORTH CAROLINA,

        Defendant - Appellee.

Appeal from the United States District Court for the Eastern District of North Carolina, at Wilmington.  Richard Ernest Myers, II, District Judge.  (7:18-cv-00074-M)

Submitted:  July 21, 2020                                    Decided:  July 23, 2020

Before AGEE and HARRIS, Circuit Judges.[*]

Affirmed by unpublished per curiam opinion.

Andrew U.D. Straw, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

---

[*] This opinion is filed by a quorum of the panel pursuant to 28 U.S.C. Section 46(d) (2018).

PER CURIAM:

Andrew U. D. Straw appeals the district court's order dismissing his complaint with prejudice for failure to state a claim. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Straw v. North Carolina*, No. 7:18-cv-00074-M (E.D.N.C. Mar. 3, 2020). We also deny Straw's motion to summarily reverse the district court's judgment. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*